Opinion issued December 6, 2007










In The

Court of Appeals

For The

First District of Texas






NO. 01-07-00640-CV






SUMMERS GROUP, INC., Appellant


V.


PAIGE ELECTRIC COMPANY, L.P., Appellee






On Appeal from the 295th District Court

Harris County, Texas

Trial Court Cause No. 2005-32442






MEMORANDUM OPINION Appellant has filed a motion to dismiss its appeal. More than 10 days have
elapsed, and no objection has been filed. No opinion has issued. Accordingly, the
motion is granted, and the appeal is dismissed. Tex. R. App. P. 42.1(a)(1).

 All other pending motions in this appeal are overruled as moot. The Clerk is
directed to issue mandate within 10 days of the date of this opinion. Tex. R. App. P.
18.1.

PER CURIAM

Panel consists of Justices Nuchia, Jennings, and Keyes.